JARED P. MICKS, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

SAMUEL D. WILDE, Respondent, *v.* THE SAME, Appellant.

SAMUEL D. WILDE, Respondent, *v.* THE SAME, Appellant (No. 2).

JOHN D. HOYT CHAMBERLAIN, Respondent, *v.* THE SAME, Appellant.

*A. P. Laning* for the appellant.

*George W. Cothran* for the respondents.

THESE four cases present the same questions and were decided upon authority of *Fisher* v. *N. Y. C. and H. R. R. R. Co.* (46 N. Y., 644).

Agree to affirm for one penalty and excess of fare, and reverse as to residue without costs in this court.

Judgment accordingly.